Kathya Dorotea Romero **VELAZQUEZ,** Petitioner,

v.

Eric H. **HOLDER, Jr.,** Attorney General, Respondent.

No. 08–72821.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 16, 2012.

Filed Nov. 7, 2012.

John Martin Pope. Pope & Associates, Pc, Phoenix, AZ, for Petitioner.

Andrea Gevas, Jennifer Jeanette Keeney, Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE and BEA, Circuit Judges, and RESTANI, Judge.*

MEMORANDUM **

Because Velazquez's counsel did not show he obtained his client's consent to the motion to dismiss he filed on her behalf, the motion is denied. We will consider this case on the merits.

Because Velazquez has not shown that any prejudice resulted from the Immigra-

---

* The Honorable Jane A. Restani, Judge for the U.S. Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion Judge's alleged failure to inform her of the potential for pre-conclusion voluntary departure, any right to due process was not violated. *See United States v. Calles–Pineda*, 627 F.2d 976, 978 (9th Cir. 1980); *In Re R–S–H*, 23 I. & N. Dec. 629, 644 (BIA 2003).

**PETITION DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.